[No. 32090-1-III.   Division Three.   October 20, 2015.]

MICHAEL POPELIER ET AL., *Respondents*, v. CAROL SAMSE, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 12-2-00314-1, Christopher E. Culp, J., entered November 8, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 32398-6-III.   Division Three.   October 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILMER SANTIAGO GUERRERO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00723-4, Evan E. Sperline, J., entered March 17, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32195-9-III.   Division Three.   October 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCIO CONTRERAS RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-8-00120-7, John D. Knodell III, J., entered January 13, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32553-9-III.   Division Three.   October 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN JAYNE LASTER, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 13-1-00006-7, Allen Nielson, J., entered June 9, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.